NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY PAUL SCHAIM,    )
DOC #H44490,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-1030
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____ )

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Karen M. Kinney, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly E. O'Neill,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.